THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES A. DE VITA, Appellant.— Judgment of the County Court, Nassau County, convicting appellant of the crimes of burglary in the third degree and grand larceny in the first degree, as a prior felony offender, and imposing sentence, unanimously affirmed. No opinion. Appeals from orders dismissed. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.